IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAROLYN W. HAFEMAN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION 6:21-CV-00696-ADA |
| LG ELECTRONICS, INC., § | |
| § | |
| *Defendant*. § | JURY TRIAL DEMANDED |
| § | |

## NOTICE CONCERNING VENUE DISCOVERY

TO THE HONORABLE COURT:

Defendant LG Electronics, Inc. ("Defendant") submits this Notice that Plaintiff's First Amended Complaint (Dkt. 35) has mooted Defendant's Motion to Dismiss Pursuant to Rule 12(b)(3), or in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1406(a), and Motion to Dismiss Contributory Infringement Claims Pursuant to Rule 12(b)(6) ("Motion to Dismiss," Dkt. 24). *See Argent Holdings, LLC v. E. El Paso Physicians Med. Ctr.*, No. EP-17-CV-00199-ATB, 2018 WL 548676, at *3 (W.D. Tex. Jan. 23, 2018) ("[T]he filing of an amended complaint moots motions to dismiss). The First Amended Complaint dropped LG Electronics U.S.A., Inc. as a defendant, obviating the issue of improper venue raised in the Motion to Dismiss. Given that the Motion to Dismiss has been mooted and Defendant does not challenge venue as improper for itself, Defendant understands that there is no cause to conduct venue discovery.

Date: December 9, 2021                                     Respectfully submitted,

By: /s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

**FAEGRE DRINKER BIDDLE & REATH, LLP**
Kirstin Stoll-DeBell (Admitted *Pro Hac Vice*)
1144 15th Street, Suite 3400
Kirstin.StollDeBell@faegredrinker.com
(303) 607-3500 (Telephone)
(303) 607-3600 (Facsimile)

Carrie A. Beyer (Admitted *Pro Hac Vice*)
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606
Carrie.Beyer@faegredrinker.com
(312) 569-1000 (Telephone)
(312) 569-3000 (Facsimile)

Brianna L. Silverstein (Admitted *Pro Hac Vice*)
1500 K Street NW, Suite 1100
Washington, DC 20005
Brianna.Silverstein@faegredrinker.com
(202) 842-8800 (Telephone)
(202) 842-8465 (Facsimile)

**HOGAN LOVELLS US LLP**
Celine J. Crowson (Admitted *Pro Hac Vice*)
555 Thirteenth St, NW
Washington, DC 20004
Celine.Crowson@hoganlovells.com
(202) 637-5703 (Telephone)
(202) 637-5910 (Facsimile)

        Nitin Gambhir (Admitted *Pro Hac Vice*)
        Gurtej Singh (CA Bar No. 286547)
        (Admitted in this District)
        4085 Campbell Avenue, Suite 100
        Menlo Park, CA 94025
        Nitin.Gambhir@hoganlovells.com
        Tej.Singh@hoganlovells.com
        (650) 463-4000 (Telephone)
        (650) 463-4199 (Facsimile)

        *Counsel for Defendant LG Electronics Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on December 9, 2021.

                                                 */s/ Barry K. Shelton*
                                                 Barry K. Shelton