**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

CAROLYN W. HAFEMAN,

                 Plaintiff,

v.

LG ELECTRONICS INC.,

                 Defendant.

Civil Action No. 6:21-cv-00696-ADA-DTG

JURY TRIAL DEMANDED

## JOINT NOTICE IDENTIFYING REMAINING OBJECTIONS TO PRETRIAL DISCLOSURES AND DISPUTES ON MOTIONS *IN LIMINE*

Pursuant to the Court's Scheduling Order, ECF No. 39, Plaintiff Carolyn W. Hafeman ("Ms. Hafeman") and Defendant LG Electronics Inc. ("LG") (collectively, the "Parties") respectfully submit this Joint Notice Identifying Remaining Objections to Pretrial Disclosures and Disputes on Motions *in Limine*.

***Joint Exhibits***.  The Parties have agreed on the joint exhibit list attached as **Exhibit 1**. Marked versions of the joint exhibits will be provided to the Court in accordance with the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases.  The Parties have removed the joint exhibits from their respective exhibit lists and have attached updated versions of their exhibit lists as **Exhibit 2** (for Ms. Hafeman) and **Exhibit 3** (for LG).

***Proposed Preliminary Instructions.***  A revised version of the Parties' Joint and Disputed Proposed Preliminary Jury Instructions is attached as **Exhibit 4**.  This revised version reflects the Parties' agreement on the language in paragraph five of Preliminary Instruction No. 7.

***Proposed Final Instructions.***   A revised version of the Parties' Joint and Disputed Proposed Final Jury Instructions is attached as **Exhibit 5**.  This revised version reflects the Parties' agreement on the following language:

- The second line of the second paragraph of Final Instruction No. 26, specifically, the Parties agree to charge the jury that a preponderance of the evidence is evidence that persuades the jury that "a claim is more likely true than not true."

- The language on enablement in Final Instruction No. 39 and the glossary.

- Final Instruction No. 46.

***Motions in Limine.***  The parties have resolved the following motion *in limine*:

- Ms. Hafeman's MIL #10.  LG agrees that it will not elicit testimony or argue that the only reason Ms. Hafeman brought this lawsuit was her product's purported lack of commercial success.

***Discovery Designations.***  The parties have resolved all disputes as to the completeness of their respective discovery designations.

***Verdict Form Objections.***  Ms. Hafeman's objections to LG's proposed verdict form is attached as **Exhibit 6**.  LG's objections to Ms. Hafeman's proposed verdict form is attached as **Exhibit 7**.

All other objections and motions *in limine* remain disputed as indicated in the Parties' Proposed Joint Pretrial Order, ECF No. 176.  The Parties will continue to meet and confer in good faith in an effort to resolve their remaining disputes.

Dated: March 31, 2023

By: */s/ Daniel D. Duhaime*
**SUSMAN GODFREY LLP**
Max L. Tribble Jr. (Texas 20213950)
Krisina J. Zuñiga (Texas 24098664)
Thomas V. DelRosario (Texas 24110645)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366

*/s/ Kirstin Stoll-Debell* (with permission)
**HOGAN LOVELLS US LLP**
Celine J. Crowson (Admitted *Pro Hac Vice*)
555 Thirteenth St, NW
Washington, DC 20004
Celine.Crowson@hoganlovells.com
(202) 637-5703 (Telephone)
(202) 637-5910 (Facsimile)

Fax: (713) 654-6666
mtribble@susmangodfrey.com
kzuniga@susmangodfrey.com
tdelrosario@susmangodfrey.com

Kalpana Srinivasan (California 237460)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Genevieve Wallace (Washington 38422)
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: (206) 516-3880
Fax: (206) 516-3883
gwallace@susmangodfrey.com

Daniel D. Duhaime (New York 5780432)
(*pro hac vice*)
1301 Avenue of the Americas, Floor 32
New York, New York 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

**GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP**
Lawrence M. Hadley (California 157728)
Jason C. Linger (California 323031)
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Tel: (310) 553-3000
Fax: (310) 556-2920
lhadley@glaserweil.com
jlinger@glaserweil.com

**CHERRY    JOHNSON    SIEGMUND
JAMES, PLLC**
Mark D. Siegmund (Texas 24117055)
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Tel: (254) 732-2242
Fax: (866) 627-3509

***Counsel for Plaintiff***

Gurtej Singh (CA Bar No. 286547)
(Admitted in this District)
855 Main St Suite 200
Redwood City, CA 94063
Tej.Singh@hoganlovells.com
(650) 463-4000 (Telephone)
(650) 463-4199 (Facsimile)

**FAEGRE DRINKER BIDDLE & REATH,
LLP**
Kirstin Stoll-DeBell (Admitted *Pro Hac Vice*)
1144 15th Street, Suite 3400
Denver, CO 80202
Kirstin.StollDeBell@faegredrinker.com
(303) 607-3500 (Telephone)
(303) 607-3600 (Facsimile)

Carrie A. Beyer (Admitted *Pro Hac Vice*)
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Carrie.Beyer@faegredrinker.com
(312) 569-1000 (Telephone)
(312) 569-3000 (Facsimile)

Lora A. Brzezynski (Admitted *Pro Hac Vice*)
Brianna L. Silverstein (Admitted *Pro Hac Vice*)
1500 K Street NW, Suite 1100
Washington, DC 20005
Lora.Brzezynski@faegredrinker.com
Brianna.Silverstein@faegredrinker.com
(202) 842-8800 (Telephone)
(202) 842-8465 (Facsimile)

Kirsten L. Elfstrand (Admitted *Pro Hac Vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Kirsten.Elfstrand@faegredrinker.com
(612) 766-7000 (Telephone)
(612) 766-1600 (Facsimile)

**POTTER MINTON PC**
Michael E. Jones
Shaun William Hassett
110 N College, Suite 500

*Carolyn W. Hafeman*

Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 531-3939
Email: mikejones@ptterminton.com
Email: shaunhassett@potterminton.com

**GILLAM & SMITH, LLP**
Melissa R. Smith
State Bar No. 24001351
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant LG Electronics Inc.*

## CERTIFICATE OF SERVICE

I certify that counsel of record are being served with a copy of this document and all attachments via the Court's CM/ECF system on March 31, 2023.

*/s/ Daniel D. Duhaime*
Susman Godfrey LLP
Counsel for Plaintiff