# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

CAROLYN W. HAFEMAN
    Plaintiff,

V.

LG ELECTRONICS, INC.
    Defendant.

PLAINTIFF'S TRIAL EXHIBIT LIST

Civil Action No. 6:21-cv-00696-ADA

| PRESIDING JUDGE<br>Judge Albright | | | | PLAINTIFF'S ATTORNEY IN CHARGE<br>Max L. Tribble, Jr. | | | DEFENDANT'S ATTORNEY IN CHARGE | |
|---|---|---|---|---|---|---|---|---|
| TRIAL DATE (S):<br>April 24, 2023 | | | | COURT REPORTER | | | COURTROOM DEPUTY | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
| PX1 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX2 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX3 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX4 | 10 | | | | 5/25/2021 | HAFEMAN-LG_000190-000379 | File History for United States Patent No. 10,325,122 | 401/402<br>403<br>802<br>MD |
| PX5 | 12 | | | | 5/25/2021 | HAFEMAN-LG_000554-000731 | File History for United States Patent No. 10,789,393 | 401/402<br>403<br>802<br>MD |
| PX6 | 8 | | | | 5/25/2021 | HAFEMAN-LG_003042-003280 | File History for United States Patent No. 9,892,287 | 401/402<br>403<br>802<br>MD |
| PX7 | 199 | | | | 6/2/2021 | HAFEMAN-LG_000732-002898 | File History for United States Patent No. 8,601,606<br>[MOVED TO JOINT EXHIBIT LIST IN PART] | 401/402<br>403<br>802<br>MD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX8 | | | | | 8/30/2002 | HAFEMAN-LG_000023-HAFEMAN-LG_000032 | The Retriever Admin Screen Drawings (Hafeman 6) | 401/402 403 602 802 901 ILL CUM |
| PX9 | 55 | | | | 4/15/2011 | HAFEMAN-LG_004243-HAFEMAN-LG_004246 | Front Door Software Corporation Press Release re Free Laptop Recovery Software (Hafeman 36) | MD |
| PX10 | 54 | | | | 5/24/2011 | HAFEMAN-LG_004215-HAFEMAN-LG_004217 | Email Campaign Confirmation re University Laptop Registration Sign Up (Hafeman 35) | |
| PX11 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX12 | | | | | 6/4/2013 | HAFEMAN-LG_003733-003779 | Launch Sillicon Valley - Program of Events and Presenting Companies Overviews | 401/402 403 802 901 CUM |
| PX13 | 59 | | | | 1/1/2015 | LG_00027616-LG_00027633 | Master Supply Agreement between LG Electronics ("LGE") and LG Electronics USA, Inc. ("Buyer") (Lee 21) | 105 401/402 403 |
| PX14 | | | | | 11/9/2015 | HAFEMAN-LG_006502 | Guardian Angel Articles of Incorporation | 105 802 901 |
| PX15 | | | | | 12/11/2015 | HAFEMAN-LG_006506 | Guardian Angel Statement of Trade Name | 105 802 901 |
| PX16 | | | | | 4/4/2016 | HAFEMAN-LG_006810 | FrontDoorSoftware to Guardian Angel, Inc. Share Conversion Agreement and Consent to Asset Transfer | 401/402 403 602 802 901 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX17 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX18 | | | | | 2/1/2017 | HAFEMAN-LG_007646 | Email from C. Hafeman to A. Eiss re Resigning | 401/402 403 602 802 901 |
| PX19 | 58 | | | | 7/31/2017 | LG_00027533-LG_00027555 | Mobile Application Distribution Agreement (Lee 19) | 105 401/402 403 MIL |
| PX20 | | | | | 1/15/2020 | LG_00027556 | Amendment Mobile Application Distribution Agreement | 105 401/402 403 MIL |
| PX21 | | | | | 3/29/2018 | TANGIBLE_000001-TANGIBLE_000003 | Email from L. Carbonneau to J. Young and C. Yu re Patent Portfolio for Sale with Industry-wide EoU: Computer Security, Communication and Mobile Advertising (TIP#1006) (Carbonneau 3; Lee 23) | 401/402 403 408 602 701/702 802 901 |
| PX22 | 13 | | | | 8/1/2018 | LG_00027566-LG_00027608 | Microsoft Device Partner Program Enrollment Form (Lee 20; Flo 20; Andersen 20) | 105 401/402 403 MIL |
| PX23 | | | | | 8/13/2018 | TANGIBLE_000009 | Email from L. Carbonneau to L. Carbonneau re OFFER RECEIVED & EP VALIDATION: Patent Portfolio for Sale with Industry-wide EoU: Computer Security, Communication and Mobile Advertising (TIP #1006) - Hafeman portfolio | 106 401/402 403 408 602 701/702 802 901 MIL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX24 | | | | | 10/18/2018 | TANGIBLE_000014 | Email from L. Carbonneau to L. Carbonneau re Updated Patent Portfolio for Sale with Industry-wide EoU: Computer Security, Communication and Mobile Advertising (TIP #1006) - Hafeman portfolio | 106<br>401/402<br>403<br>408<br>602<br>701/702<br>802<br>901<br>MIL |
| PX25 | | | | | 12/13/2018 | TANGIBLE_000010 | Email from L. Carbonneau to L. Carbonneau re NEW EP DIVISIONAL: Patent Portfolio for Sale with Industry-wide EoU: Computer Security, Communication and Mobile Advertising (TIP #1006) - Hafeman portfolio | 106<br>401/402<br>403<br>408<br>602<br>701/702<br>802<br>901<br>MIL |
| PX26 | | | | | 1/10/2019 | No bates | Threat Intelligence, "Consumers Demand Security from Smart Device Makers" (https://www.darkreading.com/threat-intelligence/consumers-demand-security-from-smart-device-makers) | 401/402<br>403<br>602<br>701/702<br>802<br>901 |
| PX27 | | | | | 10/9/2019 | MSFT_HAFEMAN000396-MSFT_HAFEMAN000434 | Microsoft YouTube video titled "How to find and lock a lost Windows laptop \| Microsoft"<br>(Flo 35; Andersen 35) | 105<br>401/402<br>403<br>602<br>701/702<br>703<br>802<br>901<br>MIL |
| PX28 | | | | | 12/23/2019 | No bates | Press Release, "Thomas Yoon Named President and CEO, LG Electronics North America"<br>(Lee 17) | 401/402<br>403<br>802<br>901 |
| PX29 | | | | | 7/14/2020 | LG_00027613-LG_00027615 | Air Waybill 988 HAN 33279046<br>(Lee 22) | 401/402<br>403<br>602<br>802 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX30 | | | | | 7/4/2020 | LG_00027611-LG_00027612 | Air Waybill 180 HAN 66538894 | 401/402<br>403<br>602<br>802 |
| PX31 | | | | | 9/3/2020 | LG_00027610 | Commercial Invoice & Packing List | 401/402<br>403<br>602<br>802 |
| PX32 | | | | | 8/4/2020 | TANGIBLE_000018 | Email to L. Carbonneau to Tangible IP, LLC re FINAL OPPORTUNITY - Patent Portfolio Related to: Findmyphone, Lost Device Recovery System, Communication and Mobile Advertising Patents - Hafeman (TIP 1006) | 106<br>401/402<br>403<br>408<br>602<br>701/702<br>802<br>901<br>MIL |
| PX33 | | | | | 8/5/2020 | TANGIBLE_000004 | Email to L. Carbonneau re FINAL OPPORTUNITY - Patent Portfolio Related to: Findmyphone, Lost Device Recovery System, Communication and Mobile Advertising Patents - Hafeman (TIP 1006) | 106<br>401/402<br>403<br>408<br>602<br>701/702<br>802<br>901<br>MIL |
| PX34 | | | | | 11/29/2021 | No bates | Press Release, "LG Electronics Announces New CEO and Other Changes to Aggressively Tackle 2022 and Beyond" (Lee 18) | 401/402<br>403<br>802<br>901 |
| PX35 | | | | | 1/10/2022 | GOOG-HAFE-00000015-GOOG-HAFE-00000016 | "Find My Device" Development Overview (Dinu 2) | 105<br>401/402<br>403<br>701/702<br>703<br>802<br>MIL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX36 | | | | | 6/10/2022 | GOOG-HAFE-00000013-GOOG-HAFE-00000014 | Find My Device GMS Core Services (Security module) | 105<br>401/402<br>403<br>701/702<br>703<br>802<br>MIL |
| PX37 | | | | | 9/21/2022 | TANGIBLE_000005 | Email from L. Carbonneau to C. Boon re FW: Patent Portfolio for Sale with Industry-wide EoU: Computer Security, Communication and Mobile Advertising (TIP #1006) | 106<br>401/402<br>403<br>408<br>602<br>701/702<br>802<br>901<br>MIL |
| PX38 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX39 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX40 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX41 | | | | | 11/4/2022 | No bates | Subpoena to Microsoft to testify at a deposition.<br>(Flo 32; Andersen 32) | 401/402<br>403<br>602<br>802<br>901<br>CUM<br>DUP<br>MD |
| PX42 | | | | | 10/7/2022 | No bates | Plaintiff's Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Defendant LG Electronics, Inc. | 401/402<br>403<br>602<br>802<br>901<br>CUM<br>DUP<br>MD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX43 | | | | | 9/1/2022 | No bates | Subpoena to Google to testify at a deposition | 401/402 403 602 802 901 CUM DUP MD MIL |
| PX44 | 38 | | | | 11/11/2022 | LG_00092290-LG_00092227 | Carrie Hafeman's LinkedIn Profile (Hafeman 5) | 105 401/402 403 701/702 802 |
| PX45 | 23 | | | | 00/00/0000 | LG_00094285-LG_00094290 | Tangible Website About Page (Carbonneau 5) | 105 |
| PX46 | | | | | 00/00/0000 | HAFEMAN-LG_006120-HAFEMAN-LG_006142 | Tangible IP US Patent 9,892,287 vs. Google Find My Device - Evidence of Use (Carbonneau 16) | 401/402 403 602 701/702 802 901 MIL |
| PX47 | | | | | 00/00/0000 | HAFEMAN-LG_006094-HAFEMAN-LG_006119 | Tangible IP US Patent 9,892,287 vs. Android Find My Device - Evidence of Use (Carbonneau 17) | 401/402 403 602 701/702 802 901 MIL |
| PX48 | 22 | | | | 00/00/0000 | TANGIBLE_000169-TANGIBLE_000200 | Tangible IP-Executive Summary for the sale of Hafeman Portfolio (Hafeman 18; Carbonneau 4) | 105 401/402 403 701/702 802 |
| PX49 | | | | | 00/00/0000 | No bates | Tangible website | 401/402 403 802 901 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX50 | 49 | | | | 00/00/0000 | HAFEMAN-LG_003796-HAFEMAN-LG_003799 | Front Door Software Corporation Summary and Convertible Debt Term Sheet (Hafeman 30) | 105<br>401/402<br>403<br>802 |
| PX51 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX52 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX53 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX54 | | | | | 00/00/0000 | No bates | Front Door Software About (https://frontdoorsoftware.com/about/) | 105<br>401/402<br>403<br>802<br>901<br>U |
| PX55 | | | | | 00/00/0000 | No bates | Front Door Software homepage (https://frontdoorsoftware.com/) | 105<br>401/402<br>403<br>802<br>901<br>U |
| PX56 | | | | | 00/00/0000 | FRONTDOOR_001940 – FRONTDOOR_001944 | Front Door Software Corporation and Front Door Security (FDSC) Service License Agreement | 401/402<br>403<br>703<br>802<br>901<br>CUM |
| PX57 | 89 | | | | 00/00/0000 | HAFEMAN-LG_007676 | Front Door Software Audit - Spreadsheet | 105 |
| PX58 | 16 | | | | 00/00/0000 | MSFT_HAFEMAN000004-MSFT_HAFEMAN000006 | Microsoft Support "Find and lock a lost Windows device" (Flo 37; Andersen 37) | 105<br>401/402<br>403<br>MIL |
| PX59 | | | | | 00/00/0000 | MSFT_HAFEMAN000127 and MSFT_HAFEMAN000130 | Microsoft support question "What is the 'Default' setting for 'Find My Device'" (Flo 38; Andersen 38) | 105<br>401/402<br>403<br>MIL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX60 | | | | | 00/00/0000 | MSFT_HAFEMAN000170-MSFT_HAFEMAN000172 and MSFT_HAFEMAN000177 | Microsoft Support article titled "Windows location service and privacy" (Flo 39; Andersen 39) | 105<br>401/402<br>403<br>MIL |
| PX61 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX62 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX63 | 90<br>424 | | | | 00/00/0000 | No bates | App Store Preview-Phone Found (https://apps.apple.com/us/app/phone-found/id1299425946) | 105<br>401/402<br>403<br>602<br>802<br>DAU |
| PX64 | | | | | 00/00/0000 | MSFT_HAFEMAN000435 | Video depicting how to find and lock a lost windows laptop from Microsoft (Andersen 36) | 105<br>401/402<br>403<br>701/702<br>703<br>802<br>MIL |
| PX65 | | | | | 00/00/0000 | No Bates | LG Mobile Phone video "What to do if your LG phone is lost/stolen" [https://www.youtube.com/watch?v=U54MFMLunrQ] | 105<br>401/402<br>403<br>602<br>701/702<br>703<br>802<br>MIL<br>U |
| PX66 | | | | | 00/00/0000 | No bates | Cell Phone Images (Lee 24) | 401/402<br>403<br>602<br>802<br>901<br>DEM<br>U |
| PX67 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |

9

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX68 | 62 | | | | 00/00/0000 | LG_00043293 | Excel Spreadsheet with financial data re smartphone (Lee 27) | 403 DUP |
| PX69 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX70 | 64 | | | | 00/00/0000 | LG_00043292 | Excel Spreadsheet with financial information re laptops sold in the United States. (Lee 29) | 403 DUP |
| PX71 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX72 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX73 | | | | | 00/00/0000 | No bates | Tech Guide Channel video-How to find, lock or erase Android phone | 401/402 602 701/702 703 802 805 901 U |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX74 | | | | | 00/00/0000 | No bates | LG Q70 Specs | 106<br>602<br>901<br>U |
| PX75 | | | | | 00/00/0000 | No bates | LG Ultra PC 13.3 Slim Laptop Specs 1 | 106<br>602<br>901<br>U |
| PX76 | | | | | 00/00/0000 | LG_00002662-LG_00002813 | LG User Guide for LM-X410AS | |
| PX77 | | | | | 00/00/0000 | No bates | Lookout, "Phone Theft in America" | 401/402<br>403<br>602<br>701/702<br>802<br>805<br>901<br>U |
| PX78 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX79 | 35 | | | | 00/00/0000 | LG_00043186-LG_00043188 | LG How to use Google Find my Phone and Device Reset<br>(Dinu 3; Lee 25) | ILL<br>105<br>802<br>901 |
| PX80 | 300 | | | | 00/00/0000 | No bates | Google Support-Find, lock, or erase a lost Android device | 105<br>401/402<br>403<br>602<br>802<br>901<br>U |
| PX81 | 36 | | | | 00/00/0000 | GOOG-HAFE-00000007-GOOG-HAFE-00000008 | Screenshot of Google Play Store app overview page for Google Find My Device<br>(Dinu 4) | 401/402<br>403<br>802 |
| PX82 | | | | | 00/00/0000 | GOOG-HAFE-00000005-GOOG-HAFE-00000006 | Screenshot of Google Nest Help web page titled "Find your phone with Google Assistant"<br>(Dinu 5) | 401/402<br>403<br>602<br>802 |
| PX83 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX84 | 42 | | | | 00/00/0000 | HAFEMAN-LG_005608-HAFEMAN-LG_005612 | Confidential Intake Patent Listing Questionnaire (Hafeman 11) | 401/402 403 602 802 901 |
| PX85 | | | | | 10/21/2002 | HAFEMAN-LG_000004 | First Screen | 401/402 403 602 901 802 |
| PX86 | | | | | 00/00/0000 | Demonstrative | LG Q-70 phone with charger | DEM |
| PX87 | | | | | 00/00/0000 | Demonstrative | LG Gram laptop with charger | DEM |
| PX88 | 302 | | | | 11/21/2022 | No bates | Defendant LG Electronics, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Admission | 105 401/402 403 CUM DUP |
| PX89 | 330 | | | | 11/21/2022 | No Bates | Defendant LG Electronics, Inc.'s Second Amended and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | 105 401/402 403 CUM DUP X |
| PX90 | | | | | 10/24/2022 | No Bates | Defendant LG Electronics, Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production of Documents | 105 401/402 403 802 CUM DUP |
| PX91 | 302 | | | | 12/20/2022 | No bates | Defendant's First Amended and Supplemental Responses to Plaintiff's Requests for Admissions | 105 401/402 403 CUM DUP X |
| PX92 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX93 | | | | | 00/00/0000 | HAFEMAN-LG_000009-HAFEMAN-LG_000011 | Recovery Dialog Box and Flow Chart samples | 401/402 403 602 802 901 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX94 | | | | | 00/00/0000 | HAFEMAN-LG_000012-HAFEMAN-LG_000012 | The Retriever Admin Screen | 401/402<br>403<br>602<br>802<br>901 |
| PX95 | | | | | 11/1/2003 | HAFEMAN-LG_003616-HAFEMAN-LG_003637 | The Retriever | 401/402<br>403<br>602<br>802<br>901<br>X |
| PX96 | | | | | 00/00/0000 | HAFEMAN-LG_003652-HAFEMAN-LG_003655 | Retriever Security Screen Lock | 401/402<br>403<br>602<br>802<br>901 |
| PX97 | | | | | 4/15/2019 | HAFEMAN-LG_003451-HAFEMAN-LG_003455 | Customers using FrontDoorSoftware security | 401/402<br>403<br>602<br>802<br>901 |
| PX98 | | | | | 00/00/0000 | HAFEMAN-LG_003848-HAFEMAN-LG_003850 | Article published in the Canyon Courier titled "Businesswoman slams door on computer thieves" | 401/402<br>403<br>802<br>805<br>901<br>MD |
| PX99 | | | | | 4/1/2009 | HAFEMAN-LG_003934-HAFEMAN-LG_003934 | Article published in the Canyon Courier titled "Talking Software Goes Global" | 401/402<br>403<br>802<br>805<br>901 |
| PX100 | | | | | 2/7/2009 | HAFEMAN-LG_004318-HAFEMAN-LG_004318 | Associated Press: Stop thief "Software lets stolen laptops speak up" | 106<br>802<br>805<br>901<br>ILL |
| PX101 | | | | | 9/22/2011 | HAFEMAN-LG_003851-HAFEMAN-LG_003853 | Email from M. Hughes to C. Hafeman copying M. Keba re Congrats! Please keep this a secret for now | 401/402<br>802<br>901 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX102 | | | | | 9/29/2011 | HAFEMAN-LG_003865-HAFEMAN-LG_003872 | Vator Splash brochure | 401/402 403 802 901 |
| PX103 | | | | | 10/6/2011 | HAFEMAN-LG_003675-HAFEMAN-LG_003675 | Email from V. Chirico to B. Maris, R. Miner copying J. Kraus and C. Hafeman re Introduction - Front Door Software | 401/402 403 802 901 |
| PX104 | | | | | 00/00/0000 | HAFEMAN-LG_003717-HAFEMAN-LG_003732 | FrontDoor Software CCUPCA Conference | 602 802 901 MD |
| PX105 | | | | | 00/00/0000 | HAFEMAN-LG_003844-HAFEMAN-LG_003847 | FrontDoorSoftware Executive Summary | 802 805 901 DUP |
| PX106 | | | | | | | [MOVED TO JOINT EXHIBIT LIST] | |
| PX107 | | | | | 2/20/2007 | HAFEMAN-LG_003530-HAFEMAN-LG_003532 | Consulting Agreement for Computer Related Services executed by Conrad Farmer | 401/402 403 802 901 |
| PX108 | | | | | 9/29/2011 | LG_00092300 | VATOR Video Presentation | 401/402 403 802 901 |
| PX109 | | | | | 9/29/2011 | LG_00092301 | VATOR Youtube Video Page | 401/402 403 602 802 901 |
| PX110 | | | | | 8/27/2013 | No bates | Front Door Software: Press (https://web.archive.org/web/20130827181333/http://www.frontdoorsoftware.com:80/press/) | 401/402 403 802 805 901 U |

14

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DATE | BATES RANGE | DESCRIPTION OF EXHIBITS* AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| PX111 | | | | | 10/26/2013 | No bates | Front Door Software: Customers (https://web.archive.org/web/20131026022900/http://www.frontdoorsoftware.com/customers/) | 401/402 403 802 901 U |
| PX112 | | | | | 9/20/2012 | No bates | Article in the Daily Trojan titled "New technology helps DPS catch criminals, Dept. says" (https://web.archive.org/web/20130827224111/http://dailytrojan.com/2012/09/20/new-technology-helps-dps-catch-criminals-dept-says/) | 802 805 901 ILL U |
| PX113 | | | | | 8/27/2012 | No bates | Article in Daily Titan titled "CSUF giving students free theft recovery software" (https://web.archive.org/web/20130826154908/http://www.dailytitan.com/2012/08/csuf-giving-students-free-theft-recovery-software/) | 802 805 901 U |
| PX114 | | | | | 1/24/2012 | No bates | Article in Daily Bruin titled "UCLA offers free laptop theft protection and tracking software" (https://web.archive.org/web/20120702125824/http://www.dailybruin.com/index.php/article/2012/01/ucla_offers_free_laptop_theft_protection_and_tracking_software) | 802 805 901 U |
| PX115 | | | | | 9/26/2011 | No bates | Article in The Wesleyan Argus titled "One Laptop Recovered After Four Computer Burglaries This Weekend" (https://web.archive.org/web/20130905221610/http://wesleyanargus.com/2011/09/26/one-laptop-recovered-after-four-computer-burglaries-this-weekend/) | 802 805 901 U |
| PX116 | | | | | 9/12/2011 | No bates | Article in The Wesleyan Argus titled "Public Safety and ITS Introduce Free Laptop Recovery Software" (https://web.archive.org/web/20130906001114/http://wesleyanargus.com/2011/09/12/public-safety-and-its-bring-free-laptop-recovery-software/) | 802 805 901 U |