# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CAROLYN W. HAFEMAN | § § § | |
| vs. | § § § | NO: WA:21-CV-00696-ADA |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.<br>*Defendant* | § | |

## ORDER RESETTING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for JURY SELECTION, in U.S. District Court, Courtroom No. 1, Third Floor, 800 Franklin Avenue, Waco, Texas, on April 24, 2023 at 09:00 AM.

**IT IS SO ORDERED** this **12th day of April, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE