UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CAROLYN W. HAFEMAN | § § | |
| vs. | § § | NO:  WA:21-CV-00696-ADA |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC. | § § | |

### ORDER RESETTING PRE VOIR DIRE CONFERENCE VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for PRE VOIR DIRE CONFERENCE VIA ZOOM on Thursday April 20, 2023 at 09:00 AM before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel.

SIGNED this 14th day of April, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE