## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| CAROLYN W. HAFEMAN, an Individual<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC.,<br><br>Defendant. | CIVIL ACTION NO.:<br>6:21-cv-00696-ADA-DTG<br><br>DEMAND FOR JURY TRIAL |

### DECLARATION OF GURTEJ SINGH IN SUPPORT OF DEFENDANT LG ELECTRONICS INC.'S RESPONSE TO PLAINTIFF CAROLYN W. HAFEMAN'S REQUEST FOR AN EXPEDITED BRIEFING SCHEDULE FOR HER MOTION FOR RECONSIDERATION REGARDING ACTUAL NOTICE

I, Gurtej Singh, declare:

1. I am an attorney at the law firm Hogan Lovells US LLP and am counsel for Defendant LG Electronics Inc. in the above-captioned case.

2. I provide this declaration in support of Defendant LG Electronics Inc.'s Response to Plaintiff Carolyn W. Hafeman's Request for an Expedited Briefing Schedule for Her Motion for Reconsideration Regarding Actual Notice. I have personal knowledge of the following, and if called as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the hearing transcript of the Final Pre-Trial Conference held in this matter on April 12, 2023.

Executed on April 15, 2023 in Mountain View, California.

                                                                              /s/ *Gurtej Singh*
                                                                                   Gurtej Singh