# EXHIBIT A

—1—

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
                      WACO DIVISION

CAROLYN W. HAFEMAN         *
                           *      April 12, 2023
VS.                        *
                           * CIVIL ACTION NO. 6:21-CV-696
LG ELECTRONICS, INC.       *

         BEFORE THE HONORABLE ALAN D ALBRIGHT
                FINAL PRETRIAL CONFERENCE

APPEARANCES:

For the Plaintiff:   Max L. Tribble, Jr., Esq.
                     Thomas V. DelRosario, Esq.
                     Susman Godfrey L.L.P.
                     1000 Louisiana, Suite 5100
                     Houston, TX 77002-5096

                     Genevieve Vose Wallace, Esq.
                     Susman Godfrey LLP
                     1201 Third Avenue, Suite 3800
                     Seattle, WA 98101

                     Daniel D. Duhaime, Esq.
                     Susman Godfrey LLP
                     1301 Avenue Of The Americas,
                       Floor 32
                     New York, NY 10019

                     Lawrence M. Hadley, Esq.
                     Jason C. Linger, Esq.
                     Glaser Weil Fink Howard Avchen &
                       Shapiro LLP
                     10250 Constellation Blvd., FL 19
                     Los Angeles, CA 90067

For the Defendant:   Celine Jimenez Crowson, Esq.
                     Hogan Lovells US LLP
                     555 Thirteenth St, NW
                     Washington, DC 20004

                     Gurtej Singh, Esq.
                     Hogan Lovells US LLP
                     4085 Campbell Avenue, Suite 100
                     Menlo Park, CA 94025
```

64

10:23  1   the patent claims of the '287 on the Android™ operating
10:23  2   system, which is the operating system that LG uses in
10:23  3   all of its mobile phones.
10:23  4              LG takes issue with the fact that the
10:23  5   linked claim charts mapped the claims to an Android™
10:23  6   mobile phone operating system and did not identify LG
10:23  7   by name.
10:23  8              But LG knows what operating system its
10:23  9   phone uses.  In fact, LG's corporate representative
10:23  10  repeatedly testified that LG simply puts the Android™
10:23  11  operating system that's delivered by Google into its
10:23  12  phones without any modification whatsoever.
10:23  13             LG's corporate rep also testified that
10:23  14  the Android™ operating system it puts into its phones
10:23  15  includes the "Find My Device" functionality and that LG
10:23  16  has never requested to remove that functionality.
10:24  17             So the reference to the Android™
10:24  18  operating system in the Tangible IP e-mails is more
10:24  19  than sufficient to put LG on notice.  The accusation
10:24  20  against Android™ Find My Device is an accusation
10:24  21  against all of LG's Android™ mobile phones and tablets.
10:24  22             THE COURT:  Is your argument on notice
10:24  23  limited to the one e-mail?
10:24  24             MS. WALLACE:  It is limited to the e-mail
10:24  25  and the linked claim charts that are attached.

135

1 UNITED STATES DISTRICT COURT )

2 WESTERN DISTRICT OF TEXAS )

3

4

5          I, Kristie M. Davis, Official Court

6 Reporter for the United States District Court, Western

7 District of Texas, do certify that the foregoing is a

8 correct transcript from the record of proceedings in

9 the above-entitled matter.

10          I certify that the transcript fees and

11 format comply with those prescribed by the Court and

12 Judicial Conference of the United States.

13          Certified to by me this 12th day of April

14 2023.

15

16                    /s/ Kristie M. Davis
                      KRISTIE M. DAVIS
17                    Official Court Reporter
                      800 Franklin Avenue
18                    Waco, Texas 76701
                      (254) 340-6114
19                    kmdaviscsr@yahoo.com

11:57

20

21

22

23

24

25

*KRISTIE M. DAVIS, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (WACO)*