# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CAROLYN W. HAFEMAN | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00696-ADA |
| | § | |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC. | § | |

### ORDER SETTING HEARING ON MOTION FOR RECONSIDERATION

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a hearing on MOTION FOR RECONSIDERATION by Non-Public Zoom on April 19, 2023 at 11:15 AM.

IT IS SO ORDERED this 18th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE