IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CAROLYN W. HAFEMAN,<br>*Plaintiff* | § §<br>§ § | |
| -vs- | § §<br>§ § | W-21-CV-00696-ADA |
| LG ELECTRONICS INC., and<br>LG ELECTRONICS U.S.A., INC.,<br>*Defendant* | § §<br>§ §<br>§ § | |

## JURY PARTIAL SEQUESTRATION ORDER

It is **ORDERED** that the jury in this case be sequestered from the time they start to deliberate until released by the Court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order by the Court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

**IT IS SO ORDERED.**

**SIGNED** this 21 day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE