# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CAROLYN W. HAFEMAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. W-21-CV-00696-ADA |
| LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., | § § § § | |
| Defendants. | § | |

## REVISED ZOOM LINK FOR TRIAL

In anticipation of the upcoming jury trial, the Court notifies the parties of the following updated zoom link for public access to trial.

### Topic: 6:21-cv-696 Hafeman v LG Zoom Link

Please click the link below to join the webinar:
https://txwd-uscourts.zoomgov.com/j/1608196777?pwd=OS9wYmdKdmg5Rmp4bExhbjBOMjFzZz09
Passcode: 898508

Or One tap mobile :
    US: +16692545252,,1608196777#,,,,*898508#  or +16469641167,,1608196777#,,,,*898508#
Or Telephone:
    Dial(for higher quality, dial a number based on your current location):
        US: +1 669 254 5252  or +1 646 964 1167  or +1 646 828 7666  or +1 669 216 1590  or +1 415 449 4000  or +1 551 285 1373
Webinar ID: 160 819 6777
Passcode: 898508
    International numbers available: https://txwd-uscourts.zoomgov.com/u/aeeixvbmkH

Or an H.323/SIP room system:
    H.323: 161.199.138.10 (US West) or 161.199.136.10 (US East)
    Meeting ID: 160 819 6777
    Passcode: 898508
    SIP: 1608196777@sip.zoomgov.com
    Passcode: 898508

**IT IS SO ORDERED**.

SIGNED this 24th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE