FILED
April 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAROLYN W. HAFEMAN, | |
| Plaintiff, | |
| v. | Civil Action No. 6:21-cv-00696-ADA |
| LG ELECTRONICS INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## VERDICT FORM

In answering the following questions, please follow the instructions that I have given you in the Court's jury charge and the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions and your jury binder. Please refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

In this Verdict Form, the following terms have the following meanings:

- **Ms. Hafeman** refers to Carolyn W. Hafeman

- **LG** refers to LG Electronics Inc.

- The **'287 Patent** refers to U.S. Patent No. 9,892,287

- The **'122 Patent** refers to U.S. Patent No. 10,325,122

- The **'393 Patent** refers to U.S. Patent No. 10,789,393

- The **Patents-in-Suit** refer collectively to the '287 Patent, '122 Patent, and the '393 Patent.

- The **Asserted Claims** refer collectively to claims 1 and 4 of the '287 Patent; claims 1, 4, and 7 of the '122 Patent; and claims 1, 4, and 7 of the '393 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## QUESTION 1: DIRECT INFRINGEMENT

**Directions:** In answering Question 1 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 1:** Has **Ms. Hafeman** proven by a preponderance of the evidence that **LG** directly infringed the following claims of the Patents-in-Suit? "Yes" is a finding for **Ms. Hafeman**. "No" is a finding for **LG**.

The '287 Patent

Claim 4: Yes _____   No __No__

The '122 Patent

Claim 4: Yes _____   No __No__

Claim 7: Yes _____   No __No__

The '393 Patent

Claim 4: Yes _____   No __No__

Claim 7: Yes _____   No __No__

## QUESTION 2: INDUCED INFRINGEMENT

**Directions:** In answering Question 2 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 2:** Has **Ms. Hafeman** proven by a preponderance of the evidence that **LG** induced infringement by another of the following claims of the Patents-in-Suit? "Yes" is a finding for **Ms. Hafeman**. "No" is a finding for **LG**.

The '287 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

The '122 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

Claim 7: Yes _____ No __No__

The '393 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

Claim 7: Yes _____ No __No__

## QUESTION 3: CONTRIBUTORY INFRINGEMENT

**Directions:** In answering Question 3 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 3:** Has **Ms. Hafeman** proven by a preponderance of the evidence that **LG** contributed to infringement by another of the following claims of the Patents-in-Suit? "Yes" is a finding for **Ms. Hafeman**. "No" is a finding for **LG**.

The '287 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

The '122 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

Claim 7: Yes _____ No __No__

The '393 Patent

Claim 1: Yes _____ No __No__

Claim 4: Yes _____ No __No__

Claim 7: Yes _____ No __No__

## QUESTION 4: INVALIDITY- PRIOR ART

**Directions:** In answering Question 4 below, please answer either "Yes" or "No" for each listed claim.

**QUESTION 4:** LG has alleged that each of the following prior art references/systems and combinations render the following claims of the Asserted Patents invalid:

- Research in Motion's BlackBerry System; and
- Microsoft's Windows 2000 in combination with IBM's EPO Publication No. EP0687968A2 ("Cohen")

Has **LG** proven by clear and convincing evidence that the following claims of the Patents-in-Suit are invalid based on the prior art? "Yes" is a finding for **LG**. "No" is a finding for **Ms. Hafeman**.

The '287 Patent

Claim 1: Yes __Yes__ No_____

Claim 4: Yes __Yes__ No_____

The '122 Patent

Claim 1: Yes __Yes__ No_____

Claim 4: Yes __Yes__ No_____

Claim 7: Yes __Yes__ No_____

The '393 Patent

Claim 1: Yes __Yes__ No_____

Claim 4: Yes __Yes__ No_____

Claim 7: Yes __Yes__ No_____

If you have reached this point in the verdict form, you should have answered Questions 1 through 4. If you have not answered Questions 1 through 4, please go back and answer them before proceeding.

You should only proceed to answer Questions 5 to 7 if you (1) answered "YES" for any claim or claims in Questions 1, 2, or 3, and (2) you answered "NO" for the same claim or claims in Question 4.

If you answered "NO" for all parts in Questions 1, 2, and 3, OR if you answered "YES" for all parts of Question 4, then do not answer any further questions. Proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this verdict form.

## QUESTION 5: ACTUAL NOTICE

**Directions:** In answering Question 5 below, please answer either "Yes" or "No" for each listed patent.

**QUESTION 5:** If you found the '287 Patent, the '122 Patent, and/or the '393 Patent is infringed and is not invalid, did Ms. Hafeman prove, by a preponderance of the evidence that she provided LG with an affirmative communication of a specific charge of infringement of that Asserted Patent by a specific accused product or device prior to July 2, 2021? "Yes" is a finding for **Ms. Hafeman.** "No" is a finding for **LG.**

'287 Patent: Yes _____ No_____

'122 Patent : Yes _____ No_____

'393 Patent : Yes _____ No_____

## QUESTION 6: DAMAGES

**QUESTION 6**: If you found the '287 Patent, the '122 Patent, and/or the '393 Patent is infringed and is not invalid, what is the amount of damages that **Ms. Hafeman** has proven by a preponderance of the evidence that she is entitled to for **LG's** infringement of the **Asserted Claims** of the **Patents-in-Suit**?

$ _____

## QUESTION 7: WILLFULNESS

**Directions:** For each claim that you found to be infringed by having answered "Yes" to any claim in Questions 1, 2, or 3, AND for which you answered "No" to in Questions 4, please answer Question 7 by answering either "Yes" or "No" for each claim. "Yes" is a finding for **Ms. Hafeman**. "No" is a finding for **LG**.

**QUESTION 7:** Has **Ms. Hafeman** proven by a preponderance of the evidence that **LG** willfully infringed the following claims of the **Patents-in-Suit**?

The '287 Patent

Claim 1: Yes _____ No _____

Claim 4: Yes _____ No _____

The '122 Patent

Claim 1: Yes _____ No _____

Claim 4: Yes _____ No _____

Claim 7: Yes _____ No _____

The '393 Patent

Claim 1: Yes _____ No _____

Claim 4: Yes _____ No _____

Claim 7: Yes _____ No _____

Please proceed to the **FINAL PAGE.**

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __28th__ day of __April__, 2023.

███████████████  _____
Jury Foreperson