UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAROLYN W. HAFEMAN, an Individual<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC.,<br><br>Defendant. | CIVIL ACTION NO.:<br>6:21-cv-00696-ADA-DTG |

## FINAL JUDGMENT

A jury trial commenced in this case on April 24, 2023, in which Plaintiff Carolyn W. Hafeman asserted the following claims of U.S. Patent No. 9,892,287; U.S. Patent No. 10,325,122; and U.S. Patent No. 10,789,393 (the "Asserted Patents"): claim 1 and 4 of the '287 patent; claims 1, 4, and 7 of the '122 patent; and claims 1, 4, and 7 of the '393 patent (the "Asserted Claims").

On April 28, 2023, the jury rendered a unanimous verdict in favor of Defendant LG Electronics Inc. ("LG") finding that LG does not infringe any Asserted Claims and that all Asserted Claims are invalid. The Court subsequently denied Plaintiff's Motion for a New Trial and Partial Judgment as a Matter of Law (Dkt. No. 276).

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

1. Defendant LG Electronics Inc. does not directly infringe any Asserted Claims of any Asserted Patents.

2. Defendant LG Electronics Inc. has not induced infringement of any Asserted Claims of any Asserted Patents.

3. Defendant LG Electronics Inc. has not contributed to infringement of any Asserted Claims of any Asserted Patents.

4. All Asserted Claims of all Asserted Patents are invalid under 35 U.S.C. § 102(a) based on Research in Motion's BlackBerry System and/or under 35 U.S.C. § 103 based on Microsoft's Window's 2000 in combination with IBM's EPO Publication No. EP0687968A2 (Cohen) (*see* Dkt. No. 248 at 6).

5. The remaining claims in the Asserted Patents (i.e., all claims in the Asserted Patents other than the Asserted Claims), which were also asserted in Plaintiff's First Amended Complaint (Dkt. No. 35), are dismissed with prejudice.

6. Judgment is hereby entered in favor of Defendant LG Electronics Inc. on Counts I through IX of Plaintiff's First Amended Complaint for Patent Infringement.

7. This judgment starts the time for filing any remaining post-trial motions or appeal.

**IT IS FURTHER ORDERED** that the parties shall brief the issues of whether Defendant LG Electronics Inc. is entitled to costs and the amount of costs, if any, in accordance with Federal Rule of Civil Procedure 54 and Local Civil Rule 54.

SIGNED on October 9, 2025.

                                                 The Honorable Alan D. Albright
                                                 United States District Judge